UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| ROBERT GLENN MILLIRON, | : | CASE NO. 1:22-cv-01200 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Robert Glenn Milliron seeks judicial review of the Social Security Commissioner's decision denying his application for Supplemental Security Income.[1] Magistrate Judge Grimes recommends that the Court affirm the Commissioner's decision.[2] Plaintiff did not file an objection to Magistrate Judge Grimes' Report and Recommendation ("R & R").

The Federal Magistrates Act requires district courts to conduct a de novo review only of objected-to portions of an R & R.[3] Absent objection, district courts may adopt an R & R without review.[4]

So, the Court **ADOPTS** Magistrate Judge Grimes's R & R and **AFFIRMS** the Social Security Commissioner's decision.

IT IS SO ORDERED.

Dated: June 27, 2023                                    s/    James S. Gwin

---

[1] Doc. 1.
[2] Doc. 12.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R & R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).